JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-0828-AG(MANx) | Date | November 12, 2009 |
|---|---|---|---|
| Title | 6S, INC. v MEDICINE ONLINE, INC., ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   [IN CHAMBERS] ORDER DISMISS CASE PURSUANT TO STIPULATION

Pursuant to the stipulation of counsel to dismiss this case filed November 10, 2009, the Court dismisses this case with prejudice.  All parties to bear their own fees and costs.

                                                                                          :   0

Initials of Preparer   lmb